| | | | |
|---|---|---|---|
| Com. v. Long .......................... | 150 MDA 2015<br>Affirmed | 06/20/2016 | CP–67–CR–0005848–<br>2013<br>(York) |
| Com. v. Bonanno ..................... | 905 MDA 2015<br>Affirmed | 06/20/2016 | CP–31–SA–0000007–<br>2015<br>(Huntingdon) |
| Com. v. Najunas ...................... | 1669 MDA 2015<br>Affirmed | 06/20/2016 | CP–54–CR–0002153–<br>2014<br>(Schuylkill) |
| In Matter of Estate of Seay............. | 1871 MDA 2015<br>Affirmed | 06/20/2016 | 18–2015–50<br>(Clinton) |
| Com. v. Gonzalez .................... | 2060 MDA 2015<br>Reversed and<br>Remanded | 06/20/2016 | CP–36–CR–0001948–<br>1996<br>(Lancaster) |
| Jones v. Jones ....................... | 1859 WDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 06/20/2016 | 2011–3446<br>(Mercer) |
| Com. v. Phillips ...................... | 2168 EDA 2014<br>Vacated and<br>Remanded | 06/21/2016 | CP–48–CR–0001893–<br>2013<br>(Northampton) |
| Com. v. Westbrook ................... | 730 EDA 2015<br>Affirmed | 06/21/2016 | CP–51–CR–0800781–<br>2004<br>(Philadelphia) |
| Lewis v. Gillerlain [18]................. | 862 EDA 2015<br>Affirmed | 06/21/2016 | 2011–11501<br>(Montgomery) |
| Com. v. Johnson ..................... | 1897 EDA 2015<br>Affirmed | 06/21/2016 | CP–51–CR–0004204–<br>2007<br>(Philadelphia) |
| Zandrowicz v. Zandrowicz............. | 2269 EDA 2015<br>Affirmed | 06/21/2016 | 389 DR 2012<br>(Monroe) |
| Com. v. Garza ....................... | 2664 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/21/2016 | CP–23–CR–0000529–<br>2014<br>(Delaware) |
| Com. v. Sturgis ...................... | 2779 EDA 2015<br>Affirmed | 06/21/2016 | CP–51–CR–0903671–<br>1986<br>(Philadelphia) |
| Fieldhouse v. Metropolitan Property .... | 3056 EDA 2015<br>Affirmed | 06/21/2016 | October Term, 2012<br>No. 002205<br>(Philadelphia) |
| Com. v. Brewer ...................... | 3084 EDA 2015<br>Affirmed | 06/21/2016 | CP–46–CR–0009340–<br>2009<br>(Montgomery) |
| Bowen v. Bowen ..................... | 3093 EDA 2015<br>Vacated and<br>Remanded | 06/21/2016 | 2014–24187<br>(Montgomery) |

18.   Petition for reargument denied August 24, 2016.